# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF THE WEST, a California banking corporation

    Plaintiff(s),

vs.

PATRICK R. SMORRA, SR., PATRICK R. SMORRA, JR. and ANITA SMORRA

    Defendant(s).

Case #3:18-cv-00187-LRH-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Miroslav P. Vlcko_____, Petitioner, *respectfully represents to the Court:*
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

The Vlcko Law Firm PLLC, a Michigan professional limited liability company
(firm name)

with offices at _____41000 Woodward ave., Ste. 350_____,
(street address)

_____Bloomfield Hills_____, _____Michigan_____, _____48304_____,
(city) (state) (zip code)

_____248-821-4722_____, _____mvlcko@vlckolaw.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Defendants_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 1, 1971 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Michigan (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court Eastern District of Mi. | November, 1971 | P21851 |
| United States Court of Appeals, 6th Circuit | November 1971 | P21851 |
| United States Supreme Court | November, 1971 | P21851 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Michigan State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Michigan )
COUNTY OF Oakland )

Miroslav P. Vlcko, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

4th day of October, 2018.

_____
KAREL Q VAN ARNDBLIC or Clerk of Court
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Nov 13, 2019
ACTING IN COUNTY OF OAKLAND

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Kelly H. Dove
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

3883 Howard Hughes Parkway, Ste. 1100
(street address)

Las Vegas, Nevada, 89169
(city)  (state)  (zip code)

702-784-5200, kdove@swlaw.com
(area code + telephone number)  (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Kelly H. Dove _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Patrick R. Smorra, Sr.
(type or print party name, title)

*/s/ Smorra*
(party's signature)

Patrick R. Smorra, Jr.
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Kelly H Dove*
Designated Resident Nevada Counsel's signature

10569 kdove@swlaw.com
Bar number Email address

APPROVED:

Dated: this _____ day of _____, 20___.

**SEE NEXT PAGE FOR ORDER**
_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Kelly H. Dove_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Anita Smorra
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

Bar number            Email address

APPROVED:

Dated: this _____ day of _____, 20___.

SEE NEXT PAGE FOR ORDER
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Kelly H. Dove_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Patrick R. Smorra, Sr.
(type or print party name, title)

_____
(party's signature)

Patrick R. Smorra, Jr.
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10569                kdove@swlaw.com
Bar number           Email address

APPROVED:
DATED this 14th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



FAX 517 372 1139 State Bar of Michigan — 10/11/2018 THU 10:41

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Miroslav P. Vicko, P21851 of Bloomfield Hills, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on December 13, 1971 in Wayne County and became a member of the State Bar of Michigan on December 13, 1971.

Janet K. Welch, Executive Director
October 11, 2018