RICHARD F. HOLLEY ESQ.
Nevada Bar No. 3077
E-mail: rholley@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE PUZEY STEIN & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
*Attorneys for Bank of the West, a California banking corporation*



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 25 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PATRICK R. SMORRA, SR., an individual;<br>PATRICK R. SMORRA, JR., an individual;<br>ANITA SMORRA, an individual,<br><br>　　　　　Defendants. | Case No. 3:18-cv-00187-LRH-CBC<br><br>**Stipulation and Order Regarding Fraudulent Transfer** |

Plaintiff Bank of the West, a California banking corporation ("Plaintiff"), by and through its counsel, Richard F. Holley, Esq., F. Thomas Edwards, Esq., and Mary Langsner, Ph.D., of the law firm Holley Driggs Walch Fine Puzey Stein & Thompson; and defendants Patrick R. Smorra, Sr. ("Smorra Senior"), Patrick R. Smorra, Jr. ("Smorra Junior"), and Anita Smorra ("Mrs. Smorra") (collectively with Smorra Senior and Smorra Junior, "Defendants"), by and through their counsel, Kelly H. Dove, Esq. and Michael Paretti, Esq., of the law firm Snell & Wilmer L.L.P.; hereby stipulate and agree as follows:

1. On April 24, 2017, Smorra Junior transferred his 50% interest in the real property

07296-36/2172192_3.docx

commonly known as 213 Sunflower Circle, Stateline, Nevada, 89449, Douglas County Assessor Parcel No. 1319-18-212-013 (the "Property") to Mrs. Smorra via Quit Claim Deed recorded in the Douglas County Official Records as Instrument No. 2017-897730 (the "Transfer").

2. Plaintiff and Defendants stipulate and agree that the Transfer was a fraudulent transfer pursuant to NRS 112.180(1)(a) and NRS 112.190(1) of Nevada's Uniform Fraudulent Transfers Act.

3. Plaintiff and Defendants expressly reserve the right to argue what remedies, if any, may be available to Plaintiff based upon the Transfer including, without limitation, how any homestead exemption may affect certain remedies.

4. Plaintiff and Defendants expressly reserve the right to argue whether other transfers of the Property are fraudulent pursuant to the Nevada's Uniform Fraudulent Transfers Act and what remedies may be available to Plaintiff, if any, for those other transfers of the Property.

5. Plaintiff hereby withdraws the Requests for Production Nos. 6, 7, 8, 9, 11 and 12 propounded upon each of the Defendants on October 2, 2018.

**IT IS SO STIPULATED.**

DATED this 22nd day of February 2019.

**HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON**

/s/ F. Thomas Edwards
RICHARD F. HOLLEY, ESQ. (NBN 3077)
F. THOMAS EDWARDS, ESQ. (NBN 9549)
MARY LANGSNER, Ph.D. (NBN 13707)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Bank of the West, a California banking corporation*

DATED this 22nd day of February 2019.

**SNELL & WILMER L.L.P.**

/s/ Kelly H. Dove
KELLY H. DOVE, ESQ. (NBN 10569)
MICHAEL PARETTI, Esq. (NBN 13926)
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendants Patrick R. Smorra, Sr.; Patrick R. Smorra, Jr.; Anita Smorra*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE
DATED: 2/26/2019

-2-

07296-36/2172192_3.docx