**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK R. SMORRA, SR., an individual; PATRICK R. SMORRA, JR., an individual; ANITA SMORRA, an individual,<br><br>Defendants. | Case No. 3:18-cv-00187-LRH-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Bank of the West, a California banking corporation ("Plaintiff"), by and through counsel Richard F. Holley, Esq., F. Thomas Edwards, Esq., and Mary Langsner, Ph.D., of the law firm Holley Driggs Walch Fine Puzey Stein & Thompson, and defendants Patrick R. Smorra, Sr. ("Smorra Senior"), Patrick R. Smorra, Jr. ("Smorra Junior"), and Anita Smorra ("Mrs. Smorra") (collectively with Smorra Senior and Smorra Junior, "Defendants"), by and through counsel Miroslav P. Vlcko, Esq. of The Vlcko Law Firm, admitted to this Court *pro hac vice*, hereby

. . .

. . .

stipulate and agree that this case may be dismissed, with prejudice, each party to bear their own attorney fees and costs.

DATED this 16th day of January, 2020.    DATED this 16TH day of January, 2020.

**HOLLEY DRIGGS WALCH**                   **THE VLCKO LAW FIRM**
**FINE PUZEY STEIN & THOMPSON**

RICHARD F. HOLLEY, ESQ. (NBN 3077)        MIROSLAV P. VLCKO, ESQ.
F. THOMAS EDWARDS, ESQ. (NBN 9549)        *Admitted pro hac vice*
MARY LANGSNER, Ph.D. (NBN 13707)          Michigan Bar No. P21851
400 South Fourth Street, Third Floor      41000 Woodward Avenue, Suite 350
Las Vegas, Nevada 89101                   Bloomfield Hills, Michigan 48304
*Attorneys for Bank of the West, a California*   *Attorneys for Defendants Patrick R. Smorra Sr.;*
*banking corporation*                     *Patrick R. Smorra, Jr.; Anita Smorra*

## ORDER

IT IS SO ORDERED.

DATED this 22nd day of January, 2020

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE